TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
    Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2686
    Facsimile: (213) 894-0142
    E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $16,424.00.00 IN U.S. CURRENCY, ONE DILLON GAGE GOLD ONE TROY OUNCE BRACELET, AND PRECIOUS ITEMS. | 2:22-CM-00018<br><br>JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

    It is hereby stipulated by and between the United States of America (the "government") and potential claimants Alexander Sayegh and Deena Sayegh (the "Sayeghs") ("Claimants") through their counsel, Jacek W. Lentz as to $16,424.00 in U.S. Currency, One Dillon Gage gold one troy ounce Bracelet, and Precious Items

consisting of Four 2014 First Strike one ounce silver coins, One 50-gram Valcambi gold bar, One 1987 American Eagle silver bullion $1 coin, and One 100-gram Valcambi Suisse Combi Bar seized during the execution of a federal search warrant conducted at the personal residence of the claimants in Rancho Cucamonga, California on August 19, 2021 (collectively the "seized assets"), as follows:

    1.    Claimants have filed written claims in the administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to the seized assets.

    2.    The government asserts that FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the seized assets.  No person other than the claimants have filed a claim to the seized assets as required by law in the administrative forfeiture proceedings.

    3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized assets alleging that the seized assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be February 13, 2022, but the statute provides for an extension of this date by court order or upon agreement of the parties.

    4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 13, 2022, the time in which the United States is required to file a complaint for forfeiture against the seized assets and/or to obtain an indictment alleging that the seized assets are subject to forfeiture, so that the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

    5.    Claimants knowingly, intelligently, and voluntarily give up any rights they may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized assets and/or to obtain an indictment alleging that the seized assets are subject to forfeiture by February 13, 2022, and any rights they

may have to seek dismissal of any complaint on the grounds that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil forfeiture complaint and/or to obtain an indictment alleging that the seized assets are subject to forfeiture in connection with the seized assets be extended to and including May 13, 2022.

Dated: February 4, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: February 3, 2022

*/s/(per email confirmation)*
JACEK W. LENTZ

Attorney for claimants
ALEXANDER SAYEGH
DEENA SAYEGH

**PROOF OF SERVICE BY E-MAIL**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On February 4, 2022, I served a copy of**: STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

    **TO:   Jacek W. Lentz.**
    **Email: jwl@lentzlawfirm.com**

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 4, 2022, at Los Angeles, California.

                                              */s/Shannen Beckman*
                                              **SHANNEN BECKMAN**
                                              Senior Paralegal, FSA